IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 03M-MPT |
| | ) |
| DOLENA GRAYSON, | ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves that the complaint, arrest warrant, affidavit, file, and all records (including audio tape recordings and transcripts) of proceedings in the above-captioned case be sealed.

COLM F. CONNOLLY
United States Attorney

Dated: January 5, 2006

By: _____
Beth Moskow-Schnoll
Assistant United States Attorney

AND NOW, this ___5___ day of ___Janry___, 2006, upon consideration of the foregoing Motion, it is **ORDERED** that the Motion is **GRANTED** and the complaint, arrest warrant, affidavit, file, and all records (including audio tape recordings and transcripts) of proceedings in the above-captioned case are sealed until further order of this Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JAN 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE