IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Criminal Case No. 06-03-MPT

DOLENA GRAYSON,

    Defendant.

### MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Criminal Complaint, Warrant for Arrest, and related file.

                                            COLM F. CONNOLLY
                                            United States Attorney

BY: *Beth M. Schnoll*
                                Beth Moskow-Schnoll
                                Assistant United States Attorney

Dated: January 24, 2006

**IT IS SO ORDERED** this \_\_24\_\_ day of \_\_Jan_____, 2006.

                                            *Mary Pat Thynge*
                                HONORABLE MARY PAT THYNGE
                                United States Magistrate Judge

FILED

JAN 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE