IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | : Criminal Action No. 06- 05 |
| DOLENA GRAYSON, | |
| Defendant. | |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about January 5, 2006, in the State and District of Delaware, Dolena Grayson, defendant herein, did knowingly possess counterfeited securities of an organization with intent to deceive another organization, all in violation of Title 18, United States Code, Sections 513(a).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Beth M. Schnoll_
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: January 24, 2006

FILED
JAN 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE