IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. <u>DOLENA GRAYSON</u>   CASE NO. <u>CR06-05-SLR</u>

The defendant, <u>DOLENA GRAYSON</u>, having been scheduled for arraignment on <u>FEBRUARY 2, 2006</u>, a continuance having been requested by <u>DEFENDANT'S COUNSEL</u> for the following reasons: <u>DUE TO SCHEDULING CONFLICTS</u> and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to   <u>FEBRUARY 16, 2006</u>

(2) The period between <u>FEB. 2, 2006</u> and <u>FEBRUARY 16, 2006</u> shall be excludable under the Speedy Trial Act (18 U.S.C. 3161, et seq.).

Dated: 3/2/06