IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. __DOLENA GRAYSON__   CASE NO. __CR06-05-SLR__

The defendant, __DOLENA GRAYSON__, having been scheduled for arraignment on __FEBRUARY 16, 2006__ a continuance having been requested by __DEFENDANT'S COUNSEL__ for the following reasons: __DUE TO SCHEDULING CONFLICTS__ and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __MARCH 2, 2006__

(2) The period between __FEB. 16, 2006__ and __MARCH 2, 2006__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: __2/2/06__