IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-005-SLR |
| | ) |
| DOLENA GRAYSON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 25th day of April, 2006;

IT IS ORDERED that a telephone conference is scheduled for **Tuesday, May 9, 2006 at 10:00 a.m.**, with the court initiating said call.

_____
United States District Judge