IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-005-SLR |
| | ) |
| DOLENA GRAYSON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this    9th    day of May, 2006, having been advised by counsel that defendant intends to change her plea of not guilty to guilty;

IT IS ORDERED that:

1.    A change of plea hearing is scheduled for **Tuesday, May 30, 2006** at **1:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2.    The time between this order and the **May 30, 2006** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge