AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

DOLENA GRAYSON

**WARRANT FOR ARREST**

CASE NUMBER: 06- 03M-MPT

CR06-05-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dolena Grayson, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring her to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging her with (brief description of offense)

passing, uttering and possessing counterfeited securities, e.g. counterfeit checks, with the intent to defraud

in violation of Title __18__ United States Code, Section(s) __513__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

January 5, 2006    Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Dolena Grayson

| DATE RECEIVED 1/5/06 | NAME AND TITLE OF ARRESTING OFFICER Toby M. Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 1/5/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest